IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

TAREYAN COOKS,
    Petitioner,

v.                                                    CASE NO. 4:12cv389-SPM/CAS

STATE OF FLORIDA,
    Respondent.
_____/

## ORDER

THIS CAUSE comes before the court on the magistrate judge's report and recommendation dated August 9, 2012 (doc. 3). Petitioner has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

I have determined that the report and recommendation should be adopted. Accordingly, it is hereby ORDERED as follows:

    1.    The magistrate judge's report and recommendation (doc. 3) is ADOPTED and incorporated by reference in this order.

    2.    The petition for writ of mandamus (doc. 3) is summarily dismissed

DONE AND ORDERED this 11th day of September, 2012.

*s/ Stephan P. Mickle*
Stephan P. Mickle
Senior United States District Judge